997 A.2d 338

**John C. GUDZAN, Appellant**

v.

**COMMONWEALTH of Pennsylvania, Appellee.**

Supreme Court of Pennsylvania.

July 21, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of July, 2010, the December 8, 2009 Orders of the Commonwealth Court overruling Appellant's exceptions to the Commonwealth Court's order dated August 31, 2009 are **AFFIRMED.**